THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES GLENN, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

(October 19, 1967)

 ESTELA YSMACH, Individually and as Executrix of JOSEPH YSMACH, Deceased, Appellant, v. LILLIAN S. FRIEDMAN et al., Respondents. HARRY SONES, as Preliminary Executor of SARAH YSMACH, Deceased, Respondent, v. HENRY LEVINE, Appellant, et al., Defendants.— MEMORANDUM BY THE COURT.

 Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BATES, Appellant, v. NEW YORK STATE DEPARTMENT OF CORRECTION et al., Respondents.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.